IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANAE COSSETTE-JOHNSON,    3:12-cv-00383-MA

        Plaintiff,    ORDER

  v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

MARSH, Judge

    Based on the stipulation of the parties, it is hereby ORDERED that attorney's fees in the amount of $4,243.86 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney's fees will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt that qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program. See <u>Astrue v. Ratliff</u>, ___ U.S. ___, 130 S.Ct. 2521 (2010).

///

///

///

1 - ORDER

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorney and mailed to plaintiff's attorney's office.

IT IS SO ORDERED.

DATED this _11_ day of July, 2013.

                                                   /s/ Malcolm F. Marsh
                                                 Malcolm F. Marsh
                                                 United States District Judge

2 - ORDER